EDWARD H. KUBO, JR.     #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON      #4532
Chief, Violent Crimes

WES REBER PORTER       #7698
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 8 2004

at 1 o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

ATTEST: A True Copy
WALTER A. Y.H. CHINN
Clerk, United States District
Court, District of Hawaii
By _____
                    Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             )<br>        Plaintiff,  )<br>             )<br>        vs.      )<br>             )<br> CLAYTON K. KANAE,    )<br>             )<br>        Defendant.  )<br>_____) | CR. NO. CR04 00339 HG<br><br>**INDICTMENT**<br><br>[18 U.S.C. § 922(g)(1)] |

SEALED
BY ORDER OF THE COURT

**I N D I C T M E N T**
(18 U.S.C. § 922(g)(1))

The Grand Jury charges that:

On or about July 16, 2004, in the District of Hawaii, defendant CLAYTON K. KANAE, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a

UNSEALED BY ORDER OF THE COURT
DATE: SEP 13 2004

Remington 870 Express 12 gauge shotgun bearing Serial Number C 195845A.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: September 8, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney